In the Matter of the Care and Treatment of Michael WEST, a/k/a Michael L. Waste, a/k/a Michael David West, a/k/a Michael D. West, a/k/a Michael R. West, a/k/a Mike West, a/k/a Matthew E. Westcott, a/k/a Matthew E. Wescott, a/k/a Mark Wasiuta, a/k/a, Mitchel L. Waste, a/k/a Mitchel R. West, a/k/a Mitchell R. West, a/k/a Mitchell L. West, a/k/a Mitcehll R. West, a/k/a Mitcehll R. West, a/k/a Mitcehll L. West, a/k/a Mitcehll R. Waste, a/k/a Mitcehll L. Waste, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71932.

Missouri Court of Appeals, Western District.

Dec. 20, 2011.

Erika R. Eliason, Columbia, MO, for Appellant.

James R. Layton, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., CYNTHIA L. MARTIN, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Michael West appeals from the trial court's judgment committing him to the custody of the Department of Mental Health after a jury found him to be a sexually violent predator, section 632.480. He contends the trial court erred in its evidentiary rulings.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).